AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

FRANK MERLINO

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: C5-1700-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 24, 2004__ in __Suffolk__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

knowingly escape from an institution and facility in which he was confined by direction of the Attorney General pursuant to a judgment of convction entered in the United States District Court for the District of New Hampshire, to wit: he absconded from a home confinement placement while in Pre-release status at the Coolidge House Community Corrections Center, Boston, Massachusetts

in violation of Title __18__ United States Code, Section(s) __751(a)__

I further state that I am a(n) __Deputy United States Marshal__ and that this complaint is based on the following
Official Title

facts:

See attached affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_Donald T. Freeman_
Signature of Complainant

Sworn to before me and subscribed in my presence,

07-21-2005                                             at   Boston, Massachusetts
Date

CHARLES B. SWARTWOOD, III
CHIEF UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                    Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.