## AFFIDAVIT OF DONALD F. FREEMAN

I, Donald F. Freeman, being duly sworn, hereby depose and state as follows:

1. I am a Deputy U.S. Marshal and have been so employed for approximately eight years.

2. This affidavit is made in support of a criminal complaint charging Frank Merlino ("Merlino"), whose date of birth is May 29, 1957, with escape from the custody of the Attorney General, in violation of 18 U.S.C. § 751(a). The facts contained herein are based on my own investigation of this matter, as well as information I have received from other law enforcement officials and Bureau of Prison personnel.

3. On May 21, 1997, following his conviction for making a false statement on a credit card application, in violation of 18 U.S.C. § 1014, and bank fraud, in violation of 18 U.S.C. § 1344, Merlino was sentenced in United States District Court for the District of New Hampshire to the custody of the Attorney General for a term of 78 months. On June 30, 1997, following his conviction in the District of New Hampshire for use of an unauthorized access device, in violation of 18 U.S.C. § 1029(A)(2), Merlino was sentenced to a 21-month consecutive sentence of incarceration, resulting in a total custodial sentence of 99 months.

4.  Merlino was thereafter relinquished to the custody of the Bureau of Prisons ("BOP"), which designated him to serve his sentence in various BOP facilities during its pendency. In 2000, he was transferred to FCI Forrest City, in Forrest City, Arkansas.

5.  On February 10, 2004, Merlino began Pre-release Programming at the Coolidge House Community Corrections Center at 307 Huntington Avenue, Boston, Massachusetts ("CCC"). His projected date for release from BOP custody was August 7, 2004.

6.  On April 29, 2004, the BOP placed Merlino on home confinement at a residence owned by his parents, 250 Main Street, Apartment 4, Charlestown, Massachusetts. Merlino was employed at that time by All Weather Remodeling in Everett, Massachusetts and had been so employed since February 17, 2004.

7.  In conjunction with his placement on home confinement, on April 6, 2004, Merlino signed a BOP form agreeing to 16 specified conditions. These included the requirement that he reside at the agreed-upon residence in Charlestown, that he remain at said residence except for employment or unless otherwise authorized, and that he accept phone calls from the CCC staff to verify his presence at his

home and job site.

8. On May 24, 2004, Merlino was instructed by the CCC staff to call the CCC between 6:00 and 8:00 A.M., but no call was received. His employer was contacted and advised that Merlino had not arrived for work that day. Merlino's father was then contacted and he advised that he had not seen his son since the previous day.

9. On the afternoon of May 24, 2004, the BOP contacted the United States Marshals Service ("USMS") to report that Merlino had absconded from home confinement. The USMS immediately commenced efforts to locate Merlino but were unable to do so.

10. On May 11, 2005, Merlino was arrested in Myrtle Beach, South Carolina by special agents of the United States Secret Service. According to Special Agent Brian Kirby's arrest report, on May 10, 2005 the Secret Service field office in Columbia, South Carolina received a citizen complaint about possible identity theft by Merlino. Special Agent Kirby conducted an NCIC database search on Merlino and learned of his escape status. The following day, May 11, 2005, Special Agent Kirby and other Secret Service agents arrested Merlino at the latter's residence at 648 Canterbury Drive, Myrtle Beach, South Carolina.

11. Following his arrest, Merlino was returned to the custody of the BOP to finish serving his sentence.

12. Based on the foregoing, there is probable cause to believe that on May 24, 2004, Frank Merlino did knowingly escape from an institution and facility in which he was confined by direction of the Attorney General pursuant to a judgment of conviction entered in the United States District Court for the District of New Hampshire, in violation of 18 U.S.C. § 751(a).

*Donald F. Freeman*
Donald F. Freeman
Deputy U.S. Marshal

Subscribed and sworn to before me this 20th day of July 2005.

CHARLES B. SWARTWOOD, II
Chief U.S. Magistrate Judge

4

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**  　　　　　　　　　　　　　**U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** II _____   **Investigating Agency** U.S. MARSHALS _____

**City** Charlestown _____   **Related Case Information:**

**County** Suffolk _____   Superseding Ind./ Inf. _____   Case No. _____
　　　　　　　　　　　　　　　　Same Defendant _____ New
　　　　　　　　　　　　　　　　Magistrate Judge Case Number _____
　　　　　　　　　　　　　　　　Search Warrant Case Number _____
　　　　　　　　　　　　　　　　R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Frank Merlino _____   Juvenile   [ ] Yes   [X] No

Alias Name  _____

Address  USP Atlanta, 601 McDonough Blvd., S.E., Atlanta, GA 30315-0182 _____

Birth date (Year only): 1957   SSN (last 4 #): ____   Sex M   Race: Caucasian   Nationality: USA

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  James Lang _____   Bar Number if applicable _____

Interpreter:   [ ] Yes  [X] No       List language and/or dialect:  _____

Matter to be SEALED:   [ ] Yes   [X] No

[X] Warrant Requested       [ ] Regular Process       [ ] In Custody

**Location Status:**

**Arrest Date:** _____

[X] Already in Federal Custody as  sentenced prisoner  in  USP Atlanta _____ .
[ ] Already in State Custody _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**       [X] Complaint       [ ] Information       [ ] Indictment

**Total # of Counts:**    [ ] Petty ____   [ ] Misdemeanor ____   [X] Felony  1

　　　　　　　　　Continue on Page 2 for Entry of U.S.C. Citations

[X]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
　　  accurately set forth above.

**Date:** July 21, 2005       **Signature of AUSA:** _/s/_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Frank Merlino

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 751(a) | Escape | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

**ADDITIONAL INFORMATION:**