AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

———————— DISTRICT OF ————————

UNITED STATES OF AMERICA

v.

Frank Merlino

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 05-1700-CBS

I, __Frank Merlino__, charged in a (complaint) (petition) pending in this District with _____ in violation of Title __18__, U.S.C., __751 (a)__, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

8/4/05
Date

_____
Counsel for Defendant