AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

FRANK MERLINO

## WARRANT FOR ARREST

CASE NUMBER: 05-1100-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Frank Merlino**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
escape

in violation of Title **18** United States Code, Section(s) **871(a)**

CHARLES B. SWARTWOOD, III
Name of Issuing Officer

CHIEF UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

07-21-2005
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

RECEIVED JUL 21 P U.S. MARSHAL SERVICE BOSTON, MA 2005

---

WARRANT EXECUTED BY USMS/ATL
BY ARREST/ARRAIGNMENT OF THE 7/23/05
This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.