**FILED IN OPEN COURT**

MAGISTRATE'S CRIMINAL MINUTES
REMOVALS (RULE 40)

ORIGINAL

DATE: 7/25/05 @ 2:00 p.m.
JFK TAPE: 05-35 @ 3272
TIME: 15 minutes

MAGISTRATE JANET F. KING          PRESIDING Lavonia Wade-Childs   DEPUTY CLERK
CASE NUMBER 1:05-MJ-978           DEFENDANT'S NAME Frank Merlino
AUSA C. Howard                    DEFENDANT'S ATTY Anna Blitz
                                  Type Counsel (circle): Retained   CJA   (FDP)
USPO _____

✓ Initial appearance hearing held.
✓ Defendant informed of rights.
✓ ORDER appointing Federal Defender Program attorney for defendant.
___ ORDER appointing_____ attorney for defendant.
___ ORDER defendant shall pay attorney's fees as follows:_____

✓ Defendant WAIVES removal hearing (as to identity only). WAIVER FILED.
✓ Defendant WAIVES preliminary hearing (___ in this district only). WAIVER FILED.
___ Removal hearing set/reset/cont to _____ @ _____.
___ Removal hearing HELD.
___ Order finding probable cause. Defendant held to District Court for removal to other district.
___ Order defendant identified as named defendant in indictment/complaint. Defendant held to be removed to other district.
✓ Order defendant removed to other district. Commitment issued 7/25/05.
✓ Miscellaneous: Reserved right to bond hearing in charging district.

**BOND/PRETRIAL DETENTION HEARING**

___ Government Motion for detention filed.
___ Bond/Pretrial detention hearing held.
___ Pretrial detention hearing set for _____. (___ in charging district)
___ (___ Verbal) Motion to reduce bond GRANTED.
___ (___ Verbal) Motion to reduce bond DENIED.
___ Pretrial detention ordered. (Written order to follow _____).
___ BOND set at $_____
   ___ NON-SURETY
   ___ SURETY/CASH:_____ Property Acceptable: _____ Corporate surety ONLY
   ___ COMBINATION:_____
___ SPECIAL CONDITIONS:_____

___ Bond filed, defendant released.
___ Bond not executed, defendant to remain in Marshal's custody.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COMMITMENT TO ANOTHER DISTRICT** |
| vs. | |
| FRANK MERLINO, | CASE NO. 1:05-MJ-978 |
| | Dist of MA: 05-1700-CBS |

Charges against the defendant are filed based upon a(n):

☐ indictment     ☐ information     ☒ complaint     ☐ other (specify)

charging a violation of **Title 18, United States Code, Section(s) 751(a).**

**DISTRICT OF OFFENSE:** Massachusetts

**DATE OF OFFENSE:** May 24, 2004

**DESCRIPTION OF CHARGES:** Escape

**BOND IS FIXED AT:** $ Detained Pending Removal w/ defendant reserving right to bond hearing in charging district.

**TO:   THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above-named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

Dated at Atlanta, Georgia this 25th day of July, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

## RETURN

This commitment was received and executed as follows:

**Date Commitment Order Received:** _____

**Place of Commitment:** _____

**Date Defendant Committed:** _____

**Date:** _____

**United States Marshal:** _____

**(By) Deputy Marshal:** _____

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

**FRANK MERLINO,**

**COMMITMENT TO ANOTHER DISTRICT**

CASE NO. 1:05-MJ-978
Dist of MA: 05-1700-CBS

Charges against the defendant are filed based upon a(n):

☐ indictment      ☐ information      ☒ complaint      ☐ other (specify)

charging a violation of **Title 18, United States Code, Section(s) 751(a).**

| | |
|---|---|
| **DISTRICT OF OFFENSE:** | Massachusetts |
| **DATE OF OFFENSE:** | May 24, 2004 |
| **DESCRIPTION OF CHARGES:** | Escape |
| **BOND IS FIXED AT:** | $ Detained Pending Removal w/ defendant reserving right to bond hearing in charging district. |

**TO:   THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above-named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

Dated at Atlanta, Georgia this 25th day of July, 2005.

UNITED STATES MAGISTRATE JUDGE

## RETURN

This commitment was received and executed as follows:

| | |
|---|---|
| **Date Commitment Order Received:** | 8-05-05 |
| **Place of Commitment:** | Wyatt Detention Ctr, Central Falls, RI |
| **Date Defendant Committed:** | 8-03-05 |
| **Date:** | 8-05-05 |
| **United States Marshal:** | Anthony Dichio |
| **(By) Deputy Marshal:** | |

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

AUG 09 2005

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.
FRANK MERLINO

1:05-MJ-978

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-1700-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 24, 2004** in **Suffolk** county, in the District of **Massachusetts** defendant(s) did, (Track Statutory Language of Offense)

knowingly escape from an institution and facility in which he was confined by direction of the Attorney General pursuant to a judgment of conviction entered in the United States District Court for the District of New Hampshire, to wit he absconded from a home confinement placement while in Pre-release status at the Coolidge House Community Corrections Center, Boston, Massachusetts

in violation of Title **18** United States Code, Section(s) **751(a)**

I further state that I am a(n) **Deputy United States Marshal** and that this complaint is based on the following
Official Title

facts:
See attached affidavit

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_Signature of Complainant_

Sworn to before me and subscribed in my presence,

07-21-2005                        at
Date

CHARLES B. SWARTWOOD, III
CHIEF UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

05-1700-CBS

## AFFIDAVIT OF DONALD F. FREEMAN

I, Donald F. Freeman, being duly sworn, hereby depose and state as follows:

1. I am a Deputy U.S. Marshal and have been so employed for approximately eight years.

2. This affidavit is made in support of a criminal complaint charging Frank Merlino ("Merlino"), whose date of birth is May 29, 1957, with escape from the custody of the Attorney General, in violation of 18 U.S.C. § 751(a). The facts contained herein are based on my own investigation of this matter, as well as information I have received from other law enforcement officials and Bureau of Prison personnel.

3. On May 21, 1997, following his conviction for making a false statement on a credit card application, in violation of 18 U.S.C. § 1014, and bank fraud, in violation of 18 U.S.C. § 1344, Merlino was sentenced in United States District Court for the District of New Hampshire to the custody of the Attorney General for a term of 78 months. On June 30, 1997, following his conviction in the District of New Hampshire for use of an unauthorized access device, in violation of 18 U.S.C. § 1029(A)(2), Merlino was sentenced to a 21-month consecutive sentence of incarceration, resulting in a total custodial sentence of 99 months.

1

10381-018

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

RECEIVED
U.S. MARSHAL SERVICE
2005 JUL 21 P 1:16

DISTRICT OF **MASSACHUSETTS**

UNITED STATES OF AMERICA

v.

FRANK MERLINO

**WARRANT FOR ARREST**

CASE NUMBER: 05-M00-CBS

To: The United States Marshal
and any Authorized United States Officer

**COPY**

YOU ARE HEREBY COMMANDED to arrest ____Frank Merlino____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
escape

in violation of
Title ____18____ United States Code, Section(s) ____871(a)____

CHARLES B. SWARTWOOD, III | CHIEF UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer | Title of Issuing Officer

[signature] | 07-21-2005
Signature of Issuing Officer | Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

# 10381-018

# NOTICE OF ESCAPED FEDERAL PRISONER CDPRM

BP-S193.058
NOV 94

U.S. DEPARTMENT OF JUSTICE                                      FEDERAL BUREAU OF PRISONS

| Institution | Coolidge House IBN | Date 05-24-2004 | | |
|---|---|---|---|---|
| Name Merlino, Frank | Number 10381-018 | Date of Birth 05-29-1957 | | Age 46 |
| Sex M | Race W | Height 5'10" | Weight 190 | Eyes BRN | Hair BRN | Place of Birth MA. |
| Citizenship US | | Build MED | Home Address 250 Main Street #4 Charlestown, MA 02129 | | |
| Scars, Marks, Tattoos unknown | | Occupation: Laborer | | |
| Last Used Aliases Dennis McDermott, Richard P. McDermott, Richard P. Merlino, Frank Richard Merlino | | F.B.I. No. 422302AA6 | | S.S.N 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 |
| Sentence 99 mos. CBOP years/Mos./Days Offense: 5 yrs SRT | | Original Arresting Agency: Secret Service | | |

Details of Escape: Merlino was instructed to call the Coolidge House between 6:00 - 8:00 a.m., he did not call in. A spot check was accomplished at 3:22 a.m. at Merlino's home where he resides on home confinement, he was there at this time. His supervisor was contacted and advised the IBN staff that Merlino did not come to work today. The father was contacted and stated that he has not seen him since yesterday. Local hospitals and police were checked and he was not at any of them.

Armed: ☐ Yes; ☐ No; ☒ Unknown

Consider Dangerous: ☐ Yes; ☒ No

Violent Behavior: ☐ Yes; ☒ No

SUBJECT TO THE CONDITIONS OF TITLE 28, PART 7, SECTION 7.1 - 7.5 OF THE CODE OF FEDERAL REGULATIONS, A STANDING OFFER TO REWARD IS MADE FOR THE CAPTURE, OR ASSISTANCE IN, OR FURNISHING INFORMATION LEADING TO THE CAPTURE OF AN ESCAPED FEDERAL PRISONER. THIS REWARD SHALL NOT BE IN EXCESS OF $200 UNLESS SPECIFICALLY GRANTED BY THE DIRECTOR OF THE BUREAU OF PRISONS.

IF APPREHENDED, OR IF YOU HAVE INFORMATION CONCERNING THE PRISONER, WIRE OR TELEPHONE COLLECT THE NEAREST OFFICE OF THE FEDERAL BUREAU OF INVESTIGATION (F.B.I.), OR CONTACT THE CHIEF EXECUTIVE OFFICER OF THIS FACILITY.

TELEPHONE NUMBER: 617-565-4293
Area Code

_[signature]_
Chief Executive Officer

Acting CCM
Title

(This form may be replicated via WP)                            Replaces BP-393(58) OCT 88 and BP-S393(58) AUG 94