UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**05 CR 10231 RCL**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. |
| v. ) | VIOLATION: |
| ) | 18 U.S.C. § 751(a)- |
| ) | Escape |
| FRANK MERLINO ) | |

INFORMATION

COUNT ONE:    (18 U.S.C. § 751(a)- Escape)

The United State Attorney charges that:

On or about May 24, 2004, in Boston in the District of Massachusetts,

FRANK MERLINO,

defendant herein, did knowingly escape from an institution and facility in which he was confined by direction of the Attorney General pursuant to a judgment of conviction entered in the United States District Court for the District of New Hampshire, to wit: he absconded from a home confinement placement while in pre-release status at the Coolidge House Community Corrections Center, Boston, Massachusetts.

All in violation of Title 18, United States Code, Section 751(a).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ James F. Lang
JAMES F. LANG
Assistant U.S. Attorney

DATE: August 25, 2005

JS 45 (5/97) - (Revised USAO MA 6/29/00) **05 CR 10231 RCL**

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

Place of Offense: _____  Category No. **III**  Investigating Agency **USMS**

City **Boston**  Related Case Information:

County **Suffolk**  Superseding Ind./Inf. _____  Case No. _____
Same Defendant **X**  New _____
Magistrate Judge Case Number **05-1700-CBS**
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **Frank Merlino**  Juvenile ☐ Yes [X] No

Alias Name _____

Address _____

Birth date (Year only): **1957**  SSN (last 4 #): **6266**  Sex **M**  Race: **Caucasian**  Nationality: **USA**

Defense Counsel if known: **Glen P. Randall**  Address: **Murphy & Randall, LLP, 50 Burlington Mall Road, Burlington, MA**

Bar Number: _____

**U.S. Attorney Information:**

AUSA **James Lang**  Bar Number if applicable _____

Interpreter: ☐ Yes [X] No  List language and/or dialect: _____

Matter to be SEALED: ☐ Yes [X] No

☐ Warrant Requested  ☐ Regular Process  [X] In Custody

**Location Status:**

Arrest Date: _____

[X] Already in Federal Custody as of _____ in **District of Massachusetts**
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint  [X] Information  ☐ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  [X] Felony  **1**

Continue on Page 2 for Entry of U.S.C. Citations

[X]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **August 25, 2005**  Signature of AUSA: _(signed)_

05CR10231RCL

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Frank Merlino _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 751(a) | Escape | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**