UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | VIOLATION: |
| v. | ) | 18 U.S.C. § 751(a)-- |
| | ) | Escape |
| FRANK MERLINO | ) | |

## WAIVER OF INDICTMENT

Defendant Frank Merlino, after having been advised of the nature of the felony charge in this proceeding, and of his rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

_____
FRANK MERLINO

_____
Glen P. Randall, Esq.
Attorney for Defendant

Date: 9/26/05