Frank R. Merlino
10381-108 D2
Wyatt Detention Center
950 High Street
Central Falls, RI 02863

Honorable Judge R.C. Lindsay
Untied States District Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

December 6, 2005                              RE: Case# 05-10231 RCL

Dear Your Honor;
I wanted to write you this second letter because there has been additional information
that I have received that I would like you to know about.

I have been offered an excellent job opportunity working with the First Tee Program
at Blackmoore Country Club in Myrtle Beach, South Carolina. This program works with
inner city kids to introduce them to golf and the ethics of the game which can
be used in life. I am excited about the opportunity to work with the kids but due
to the fact that I would need the courts permission to transfer my Supervised Release
to South Carolina I am asking your help.

While on escape status I lived in the Myrtle Beach area. Because of the vast amount
of Golf & Fitness Centers I was able to find work because of my background in both.
The cost of living was also much less than the Boston area. I have been offered a
place to stay sharing a small apartment until I can save enough money to get a place
of my own. As you know everything I had has been stolen from me and I have nothing
but a few clothing items left. Since my charge is of Escape the BOP and Probation
Office will not be able to place me in a Boston area Halfway House. I have attempted to
write several Homeless Shelters in the Boston area requesting assistance. I have found
only one that would assist me (Rosie's Place) The YMCA would be willing to allow
me to stay at a small fee they said. I was told by Ms. Foster of the Probation Office
that it could take up to one to two months to submit an application for transfer to
South Carolina and that it would be up to them if they were to accept me.

While I was living in South Carolina I lived a quite life. I work and was going
to school. I so badly want to finish my degree in Computer Aided Design which I still
plan on finishing. They area is one that offers me the best chance of making a new
start. Since my stay here at Wyatt Detention Center I have taken every possible
program available to me. Spanish, Transitional Course, Resume Course, Life Skills,
Typing, Computer Skills and assisted inmates in PRE-GED tutoring in both English
& Spanish. As at the Halfway House I have attempted to make use of every program
available to me so prepare to the very difficult transition that I will have. I
understand that it will not be easy for me that is why I am asking you help for I so
badly want to make a life for myself and become a productive member of society.

Thank you for your time and consideration by reading this letter.

Very truly yours,

Frank R. Merlino