UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                              CRIMINAL NO. 05-10231-RGS

FRANK MERLINO
U. S. Marshal No. 10381-018
last four digits SS No. 6266
dob: 1957

# JUDGMENT AND COMMITMENT ORDER ON VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE

STEARNS, DJ.                                                              JULY 25, 2008

THE ABOVE-NAMED DEFENDANT APPEARED BEFORE THIS COURT ON JULY 24, 2008 FOR A HEARING ON VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE. THE GOVERNMENT WAS REPRESENTED BY JAMES LANG, ASSISTANT UNITED STATES ATTORNEY. THE DEFENDANT WAS REPRESENTED BY IAN GOLD, ASSISTANT FEDERAL DEFENDER, AND THE PROBATION DEPARTMENT WAS REPRESENTED BY U. S. PROBATION OFFICER JEFFREY SMITH. THE DEFENDANT STIPULATED TO ALL SIX VIOLATIONS CONTAINED IN THE PETITION AND THIS COURT ENTERED A FINDING THAT DEFENDANT DID COMMIT SAID VIOLATIONS. THE MATTER PROCEEDED TO SENTENCING, AND THE DEFENDANT WAS SENTENCED AS FOLLOWS:

## O R D E R

THE DEFENDANT'S CURRENT TERM OF SUPERVISED RELEASE IS HEREBY **REVOKED;**

THE DEFENDANT, FRANK MERLINO, IS HEREBY COMMITTED TO THE CUSTODY OF THE U. S. BUREAU OF PRISONS FOR A PERIOD OF FOURTEEN (14) MONTHS TO BE SERVED.   UPON RELEASE FROM IMPRISONMENT, THE DEFENDANT SHALL BE PLACED ON SUPERVISED RELEASE FOR A PERIOD OF TWENTY-TWO (22) MONTHS, WITH THE FOLLOWING "SPECIAL CONDITIONS":

1. Within 72 hours of release from custody, the defendant shall report in person to the district to which he is released;
2. The defendant shall not commit another Federal, State or local crime and shall refrain from any unlawful use of a controlled substance;
3. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 drug tests per year at the direction of the U. S. Probation Officer;
4. The defendant shall serve six (6) months in a Community Corrections Center at the direction of the U. S. Probation Officer and shall observe all rules and regulations of said facility;
5. The defendant shall not purchase or possess a firearm, destructive device or any other dangerous weapon;
6. The defendant shall participate in a mental health program at the direction of the U. S. Probation Officer.  The defendant shall be required to pay for the costs of such services based on the ability to pay or availability of third party payment;
7. The defendant is prohibited from possessing a computer and/or related materials except as deemed necessary for work purposes;
8. The defendant is prohibited from engaging in an occupation, business, or profession that would require or enable him to have access to financial records or other pertinent identifying information of third parties;
9. The defendant shall use his true name and is prohibited from the use of any aliases, false dates of birth, false social security numbers, incorrect places of birth, and any other pertinent incorrect identifying information.

SO ORDERED.

_____
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE